459 A.2d 23

Commonwealth v. Reed, Appellant.

Submitted January 11, 1983. Richard H. Milgrub, Assistant Public Defender, for appellant; Thomas F. Morgan, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., POPOVICH and VAN der VOORT, JJ.

Judgment of sentence affirmed.